[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 09, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-12558
Non-Argument Calendar

_____

D. C. Docket No. 04-00192-CV-RWS-2

HIDDEN HOLLOW GOLF, INC.,
d.b.a. HIDDEN HOLLOW GOLF CLUB,

Plaintiff-Appellant,

versus

HANOVER INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(November 9, 2007)**

Before BIRCH, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

We find no abuse of discretion in the district court's denial of Hidden

Hollow Golf, Inc.'s motion to set aside the court's order dismissing Hidden Hollow's breach of contract case due to its failure to comply with lawful court order and the rules governing discovery. The district court in this case had given Hidden Hollow many opportunities to comply with the court's orders, and Hidden Hollow continually failed to act in accordance with the local rules, to respond to interrogatories in a timely fashion, to produce and properly file necessary documents, and to meet deadlines. The record evidence of Hidden Hollow's delinquence and neglect support the district court's order and findings.

**AFFIRMED**.